ENTERED ON DOCKET
5/19/00 PURSUANT
TO FRCP RULES 58 & 79a

## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF PUERTO RICO

TODD'S POINT MARINA, LTD.,            *
                                      *
         Plaintiff                    *
                                      *
v.                                    *    Civ. No. 96-2270 (PG)
                                      *
ANTONIO ROJAS d/b/a VENUS MARITIME AND *
COMET LINES, INC.                     *
                                      *
         Defendants                   *
                                      *
* * * * * * * * * * * * * * * * * * * *

### JUDGMENT

Having determined that Plaintiff has failed to prosecute their case, it is hereby

**ORDERED and ADJUDGED** that the above captioned case is **DISMISSED with prejudice**.

**IT IS SO ORDERED**.

San Juan, Puerto Rico, May _17_, 2000.

_____
JUAN M. PEREZ-GIMENEZ
U. S. District Judge





AO 72A
(Rev.8/82)